UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRUITAGE INTERNATIONAL CO. LTD. | ) ) ) | |
| v. | ) ) | NO. 3:11-0631 JUDGE SHARP |
| VISTA-PRO AUTOMOTIVE, LLC | ) | |

# ORDER

Pending before the Court is Defendant's Motion to Continue the Trial Date (Docket Entry No. 33).

The motion is GRANTED, and the trial set for November 20, 2012 and the pretrial conference set for October 29, 2012 are hereby continued.

This matter is returned to the Magistrate Judge for further case management.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE