IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRUITAGE INTERNATIONAL CO., )
LTD., Taiwan Branch (Belize) ) No. 3-11-0631
)
v. )
)
VISTA-PRO AUTOMOTIVE, LLC )

O R D E R

Pursuant to the order entered June 19, 2013 (Docket Entry No. 45), counsel for the parties called the Court on June 25, 2013, at which time they advised that they were continuing to work out the details of a resolution. Their ability to reach a final resolution has been impacted by the time delays occasioned by the fact that the plaintiff's representatives are in China. However, the parties anticipate that they will file a joint motion to administratively close this case by July 19, 2013.

If the parties have not filed such a motion and have not otherwise communicated with the Court by July 19, 2013, a further telephone conference call will be scheduled to address the status of the case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge