IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRUITAGE INTERNATIONAL CO., )
LTD., Taiwan Branch (Belize) ) No. 3-11-0631
)
v. )
)
VISTA-PRO AUTOMOTIVE, LLC )

O R D E R

The order entered June 28, 2013 (Docket Entry No. 46), provided that the parties expected to file a joint motion to administratively close this case by July 19, 2013, and, if they had not filed such a motion or otherwise communicated with the Court by July 19, 2013, a further telephone conference call would be scheduled to address the status of the case.

On July 19, 2013, plaintiff's counsel called the Court, with permission of defendant's counsel, to advise that the defendant had not yet executed the final agreement, but that the parties would file the joint motion to administratively close the case by July 23, 2013.

The parties have not made any filings since that time or otherwise communicated with the Court.

Therefore, counsel for the parties shall convene a telephone conference call with the Court on **Friday, August 2, 2013, at 1:00 p.m.,** to be initiated by plaintiff's counsel, to address the status of the case.

If this date and time presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge